IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| OWEN JAMES YARBOROUGH,    § | |
|     Petitioner,    § | |
| VS.    § | CIVIL ACTION NO.4:07-CV-322-Y |
|    § | |
| NATHANIEL QUARTERMAN,    § | |
| Director, T.D.C.J.    § | |
| Correctional Institutions Div.,    § | |
|     Respondent.    § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Owen James Yarborough under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on June 4, 2007; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on June 22, 2007.

The Court, after <u>de novo</u> review, concludes that Petitioner's objections must be overruled, and that the petition for writ of habeas corpus should be dismissed for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Petitioner Owen James Yarborough's petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE to his right to file a motion in the United States Court of Appeals for the Fifth Circuit for leave to file a successive petition.

SIGNED June <u>25</u>, 2007.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE